UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00191-1 |
| | ) | CHIEF JUDGE HAYNES |
| CHRISTOPHER ADAM WEST | ) | |

### MOTION TO RESET MAY 30 MODIFICATION HEARING

Defendant Christopher West currently is serving a term of supervised release. The Court has set this matter for a hearing on May 30, 2014, to determine whether Mr. West's supervision conditions should be modified to include additional special conditions for substance abuse treatment and mental health treatment.

Undersigned counsel will be attending training in Ohio from May 27-30, 2014. Counsel has an additional conflict during the afternoon on June 6, 2014. For these reasons, counsel requests that this matter be rescheduled on any of the following dates:

Friday, June 6 (morning only is available)

Monday, June 9

Friday, June 13

Monday, June 16

Friday, June 20

*[Handwritten note: This motion is GRANTED. The hearing is reset for June 9, 2014 at 4:00 pm. /s/ [Judge] 5-19-14]*

Respectfully submitted,

/s/ Caryll S. Alpert
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Christopher Adam West