UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:11-00191-1 |
| | ) | CHIEF JUDGE HAYNES |
| CHRISTOPHER ADAM WEST | ) | |

## MOTION TO CANCEL JUNE 9 MODIFICATION HEARING

Defendant Christopher West currently is serving a term of supervised release. The Court set this matter for a hearing on June 9, 2014, to determine whether Mr. West's supervision conditions should be modified to include additional special conditions for substance abuse treatment and mental health treatment.

Subsequently, a violation petition was filed, alleging that Mr. West's current location is unknown and seeking a warrant. The Court issued a warrant (R.110.) Mr. West has not yet been arrested. It also appears that Mr. West has not received notification of the June 9 court date.

Because Mr. West's current location is unknown, defense counsel moves to cancel the June 9 modification hearing, and asks the Court to re-set this matter for a hearing after Mr. West is arrested on the current violation petition and warrant.

Assistant U.S. Attorney Sandra Moses advised that she has no objections to a continuance of this matter.

Respectfully submitted,

/s/ Caryll S. Alpert
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Christopher Adam West

[Handwritten annotations: "GRANTED. This motion is granted. 6-6-14"]